IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAPHNYE S. LUSTER,

    Plaintiff,

v.

RAUL H. AMEZCUA, et al.,

    Defendants.

                                               /

No. C 16-1688 MEJ  (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff describes events that occurred at Central California Women's Facility in Chowchilla, California, which is located in Madera County. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: April 18, 2016

Maria-Elena James
United States Magistrate Judge