UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNYE LUSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>RAUL AMEZCUA, et al,<br><br>            Defendants. | 1:16-cv-00554-LJO-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Documents # 43, 44)<br><br>45-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 31 and February 8, 2019, Plaintiff filed motions to extend time to respond to defendant Amezcua's motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted 45 days from the date of service of this order in which to file a response to defendant Amezcua's motion for summary judgment of January 17, 2019.

IT IS SO ORDERED.

    Dated: **February 14, 2019**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE